# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CARMEN SOLARES,**
Appellant,

v.

**BRAVE GLOBAL HOLDINGS, INC.** d/b/a
**NOVEL TECHNOLOGY SERVICES,**
Appellee.

No. 4D2025-1679

[July 23, 2026]

Appeal from the State Agency, Florida Commission on Human Relations; L.T. Case No. 2025109509.

Chad Evan Levy of Law Offices of Levy & Levy, P.A., Coral Springs, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***